MARTHA JANE PERKINS
National Health Law Program
101 E. Weaver St., Ste. G-7
Carrboro, N.C. 27156
Telephone: (919) 968-6308
Facsimile: (919) 968-8855
Email: perkins@healthlaw.org

KIMBERLY LEWIS
BYRON J. GROSS
National Health Law Program
3701 Wilshire Blvd., Ste. #750
Los Angeles, C.A. 90010
Telephone: (310) 204-6010
Facsimile: (213) 368-0774
Email: lewis@healthlaw.org, gross@healthlaw.org

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS SNEEDE, et al., ) | Case No. 89-CV-1932 (TEH) |
| ) | |
| Plaintiffs, ) | **STIPULATION TO ENLARGE** |
| ) | **TIME TO ADDRESS** |
| v. ) | **DEFENDANT SEBELIUS'S** |
| ) | **MOTION FOR RELIEF FROM** |
| KATHLEEN G. SEBELIUS, Secretary of ) | **JUDGMENT; [**~~PROPOSED~~**]** |
| the United States Department of Health ) | **ORDER** |
| and Human Services, et al., ) | IT IS SO ORDERED AS MODIFIED |
| ) | Current Date: September 9, 2013 |
| Defendants. ) | Proposed Date: ~~September 16, 2013~~ |
| | Time: 10:00 a.m. |
| | Place: San Francisco U.S. Courthouse |
| | Judge: Hon. Thelton E. Henderson |

This stipulation to enlarge time is being filed pursuant to L.R. 6-2. Defendant Sebelius filed a Notice of Motion and Motion for Relief from Judgment on July 22, 2013 (D.E. 309). By operation of L.R. 7-3, responses are due 14 days later, August 5, 2013.

1

WHEREAS in 1990, the Court entered a Ninth Circuit-wide injunction prohibiting the Defendants, when determining Medicaid eligibility, from automatically deeming income or resources of any individual other than a parent of a child who is under 21, blind or disabled, or a spouse (D.E. 309-1).

WHEREAS since that time, Medicaid determinations have occurred pursuant to the injunction.

WHEREAS Plaintiffs' lead counsel, Evelyn R. Frank, passed away.

WHEREAS the Affordable Care Act was enacted into law.

WHEREAS Plaintiffs' counsel need time to become familiar with the case history and holdings in order to respond adequately to the Defendant's motion.

THEREFORE, THE PARTIES HEREBY STIPULATE THAT the Court issue an order to enlarge time for addressing Defendant Sebelius's Motion for Relief from Judgment and that all Responses to Defendant Sebelius's Motion for Relief from Judgment will be filed by August 30, 2013; Defendant Sebelius will file her Reply by September 12, 2013; the hearing date is proposed for September 16, 2013.

Date: July 31, 2013

Respectfully submitted,

/s/ Martha Jane Perkins
Martha Jane Perkins
National Health Law Program
101 E. Weaver St., Ste. G-7
Carrboro, N.C.  27516
Tel.: (919) 968-6308 (x101)
Fax: (919) 968-8855
Email: perkins@healthlaw.org

/s/ Hadara Stanton
Hadara Stanton
Deputy Attorney General
California Department of Justice

Office of the Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, C.A. 94102-7004
Tel.: (415) 703-5561
Fax: (415) 703-5480
Email: Hadara.Stanton@doj.ca.gov

/s/ Justin M. Sandberg
Justin M. Sandberg
Trial Attorney
United State Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave., N.W., Room 7302
Washington, D.C. 20001
Tel.: (202) 514-5838
Fax: (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION OF THE PARTIES ABOVE, and good cause appearing, the Court hereby issues an order to enlarge time to address Defendant Sebelius's Motion for Relief from Judgment such that all Responses to Defendant Sebelius's Motion for Relief from Judgment shall now be filed by August 30, 2013; any Reply by Defendant Sebelius in support of her Motion for Relief from Judgment shall be filed by September 12, 2013; the hearing will be set for September ~~16~~ 30, 2013.

IT IS SO ORDERED.

_____ 07/31__, 2013



IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson

3

## CERTIFICATE OF SERVICE

A copy of the attached was served on counsel for the Defendants by placement, first class postage pre-paid in the U.S. mail, on July 31, 2013, envelopes addressed to:

Justin M. Sandberg
Trial Attorney
United State Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave., N.W., Room 7302
Washington, D.C. 20001

Hadara Stanton
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, C.A. 94102-7004

Also on July 31, 2013, a copy of the attached was served on counsel for the Defendants at the following email addresses: justin.sandberg@usdoj.gov and Hadara.Stanton@doj.ca.gov.

/s/Jane Perkins
Jane Perkins