MARTHA JANE PERKINS, SBN 104784
National Health Law Program
101 E. Weaver St., Ste. G-7
Carrboro, N.C. 27156
Telephone: (919) 968-6308
Facsimile: (919) 968-8855
Email: perkins@healthlaw.org

KIMBERLY LEWIS, SBN 144879
BYRON J. GROSS, SBN 76626
National Health Law Program
3701 Wilshire Blvd., Ste. #750
Los Angeles, C.A. 90010
Telephone: (310) 204-6010
Facsimile: (213) 368-0774
Email: lewis@healthlaw.org, gross@healthlaw.org

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS SNEEDE, et al., ) | Case No. 89-CV-1932 (TEH) |
| ) | |
| Plaintiffs, ) | **SECOND STIPULATION TO** |
| ) | **ENLARGE TIME TO ADDRESS** |
| v. ) | **DEFENDANT SEBELIUS'S** |
| ) | **MOTION FOR RELIEF FROM** |
| KATHLEEN G. SEBELIUS, Secretary of ) | **JUDGMENT; [PROPOSED]** |
| the United States Department of Health ) | **ORDER** |
| and Human Services, et al., ) | |
| ) | Hearing Date: Sept. 30, 2013 |
| Defendants. ) | Proposed Hearing Date: Oct. 21, 2013 |
| | Time: 10:00 a.m. |
| | Place: San Francisco U.S. Courthouse |
| | Judge: Hon. Thelton E. Henderson |

This second stipulation to enlarge time is being filed pursuant to L.R. 6-2. Defendant Sebelius filed a Notice of Motion and Motion for Relief from Judgment on July 22, 2013 (D.E. 309).

1

WHEREAS on July 31, 2013, the parties filed a Stipulation to Enlarge Time to Address Defendant Sebelius's Motion for Relief from Judgment (D.E. 310);

WHEREAS on July 31, 2013 the Court issued an Order to enlarge time, with the Order docketed on August 1, 2013 (D.E. 312);

WHEREAS under the current Order, all Responses to Defendant Sebelius's Motion for Relief from Judgment shall be filed by August 30, 2013; any Reply by Defendant Sebelius in support of her Motion for Relief from Judgment shall be filed by September 12, 2013; and the hearing is set for September 30, 2013; and

WHEREAS the parties are actively engaged in ongoing settlement discussions concerning the issues raised in Secretary Sebelius's Motion for Relief from Judgment.

THEREFORE, THE PARTIES HEREBY STIPULATE THAT the Court issue an order to enlarge time for addressing Defendant Sebelius's Motion for Relief from Judgment and that all Responses to Defendant Sebelius's Motion for Relief from Judgment will be filed by September 23; Defendant Sebelius will file her Reply by October 7; the new hearing date is proposed for October 21, 2013.

Date: August 27, 2013                                   Respectfully submitted,

/s/ Martha Jane Perkins_____
Martha Jane Perkins
National Health Law Program
101 E. Weaver St., Ste. G-7
Carrboro, N.C. 27516
Tel.: (919) 968-6308 (x101)
Fax: (919) 968-8855
Email: perkins@healthlaw.org

/s/ Hadara Stanton
Hadara Stanton
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Ste. 11000

San Francisco, C.A. 94102-7004
Tel.: (415) 703-5561
Fax: (415) 703-5480
Email: Hadara.Stanton@doj.ca.gov

/s/ Justin M. Sandberg
Justin M. Sandberg
Trial Attorney
United State Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave., N.W., Room 7302
Washington, D.C. 20001
Tel.: (202) 514-5838
Fax: (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION OF THE PARTIES ABOVE, and good cause appearing, the Court hereby issues an order to enlarge time to address Defendant Sebelius's Motion for Relief from Judgment such that all Responses to Defendant Sebelius's Motion for Relief from Judgment shall be filed by September 23, 2013; any Reply by Defendant Sebelius in support of her Motion for Relief from Judgment shall be filed by October 7, 2013; the hearing will be set for October 21, 2013.

IT IS SO ORDERED.

August 28, 2013



Judge Thelton E. Henderson