**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| CURTIS SNEEDE, et al., | ) | Case No. 89-CV-1932 (TEH) |
| | ) | |
| Plaintiffs, | ) | ~~[PROPOSED]~~ **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KATHLEEN G. SEBELIUS, Secretary of | ) | |
| the United States Department of Health | ) | |
| and Human Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PURSUANT TO THE JOINT MOTION OF THE PARTIES, and good cause appearing, the Court hereby orders that:

(a)  The motion to vacate the injunction [D.E. 309] is denied.

(b)  The hearing scheduled for October 21, 2013 [D.E. 316] is vacated.

(c)  The injunction entered on January 5, 1990, in this case is modified as of the date of this order, to be effective January 1, 2014, to no longer apply to eligibility determinations for any applicant or beneficiary whose income and resources are subject to the requirements of 42 U.S.C. 1396a(e)(14).

(d)  All others provisions of the January 5, 1990 injunction remain in full force and effect.

(c)  The modified injunction is to be entered as a final order.

IT IS SO ORDERED.

September 26, 2013

Judge Thelton E. Henderson
United States District Judge